# EXHIBIT "A"

 CT Corporation

**Service of Process Transmittal**
02/03/2021
CT Log Number 538997141

**TO:**   Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**   **Process Served in Georgia**

**FOR:**   Wal-Mart Stores East, LP  (Domestic State: DE)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Horne Thomas, Pltf. vs. Wal-Mart Stores East, LP, Dft. |
| **DOCUMENT(S) SERVED:** | Entry(s), Attachment(s), Certification(s), Summons, Complaint, First Interrogatories, First Request |
| **COURT/AGENCY:** | Chatham County - State Court, GA<br>Case # STCV2100106 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 09/06/2020 - 1955 East Montgomery Crossroads, Savannah, Georgia 31406 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company (FL), Cumming, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/03/2021 at 12:47 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | William J. Degenhart<br>Morgan & Morgan<br>25 Bull Street, Suite 400<br>Savannah, GA 31401<br>912-443-1000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/04/2021, Expected Purge Date: 02/09/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company (FL)<br>112 North Main Street<br>Cumming, GA 30040<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process
Transmittal**
02/03/2021
CT Log Number 538997141

**TO:**   Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**   **Process Served in Georgia**

**FOR:**   Wal-Mart Stores East, LP  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Print Form

SHERIFF'S ENTRY OF SERVICE FORSYTH COUNTY SHERIFF

| | |
|---|---|
| Civil Action No. STCV21-00106 | Superior Court ☐   Magistrate Court ☐ |
| | State Court ☒   Probate Court ☐ |
| | Juvenile Court ☐ |
| Date Filed 01/18/2021 | Georgia, CHATHAM _____ COUNTY |
| | THOMAS HORNE |
| Attorney's Address | |
| William Jay Degenhart, Esq. | _____ Plaintiff |
| MORGAN & MORGAN, 25 BULL ST., 4TH | VS. |
| SAVANNAH, GA 31401 | WAL-MART STORES EAST, LP |
| Name and Address of Party to Served | |
| WAL-MART STORES EAST, LP, Reg. Agt. | _____ Defendant |
| The Corporation Company, 112 North Main | |
| Cummming, GA 30040 | _____ Garnishee |

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
☐ copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
☐ age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ Corporation Company _____ a corporation
☒ by leaving a copy of the within action and summons with _____ Oran White_____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 3 day of ___Feb___, 2021.

DEPUTY                                    J Dean

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 1/18/2021 10:10 AM

*Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

THOMAS HORNE,                                )
                                             )
      Plaintiff,                         )
                                             )
v.                                           )   CIVIL ACTION NO.: STCV21-_____ STCV21-00106
                                             )
WAL-MART STORES EAST, LP,                    )
                                             )   **DEMAND FOR JURY TRIAL**
      Defendant.                         )

## <u>CERTIFICATION UNDER RULE 3.2</u>

      Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the Petition/Pleading to be specifically assigned to the Judge to whom the original action was or is assigned.

      This 18th day of January, 2021.

**MORGAN & MORGAN**                       */s/  William J. Degenhart*
25 Bull Street, Suite 400                 William J. Degenhart
Savannah, Georgia 31401                   Georgia Bar No. 384018
(912) 443-1000                            *Attorney for Plaintiff*
wdegenhart@forthepeople.com

      Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that this Petition/Pleading involves substantially the same parties or substantially the same factual issues as in Case No. _____.

_____   v.   _____

Filed in the Eastern Judicial Circuit of Georgia which, under Rule 3.2 of the Superior Court Rules require the Petition/Pleading be specifically assigned to the Judge to whom the original action was or is assigned.

                             _____
                             William J. Degenhart
                             Georgia Bar No. 384018

*E-FILED IN STATE COURT CLERK CHATHAM CO. GA. 1/18/2021 10:00 AM*

Tammie Mosley, Clerk of Court

# *In The State Court of Chatham County*

## MAILING ADDRESS: P.O. BOX 9927,    SAVANNAH,  GEORGIA  31412

### 133 Montgomery Street, Suite 501

www.statecourt.org  •  Phone (912) 652-7224  •  FAX (912) 652-7229  •  clerk@statecourt.org

| | |
|---|---|
| **THOMAS HORNE,** | STCV21-00106 |
| Plaintiff | **Case Number** |
| Vs | |
| **WAL-MART STORES EAST, LP,** | Address of Defendant |
| | 1955 East Montgomery Crossroads<br>Savannah, GA 31406 |
| Defendant | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: WAL-MART STORES EAST, LP

Defendant's Address 1955 East Montgomery Crossroads, Savannah, GA 31406

**You are hereby summoned and required to file** with the Clerk of said Court and serve upon Plaintiff's Attorney,

whose name and address is:

William J. Degenhart
Morgan & Morgan
25 Bull Street, 4th Floor
Savannah, GA 31401

**an answer to the complaint which is herewith served upon you, within 30 days after service** of this summons upon you, exclusive of the day of service.  If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This  18th  day of  January  , 20 21

*Brian K. Hart*
*CLERK OF COURT*
*State Court of Chatham County*

Deputy Clerk, State Court of Chatham County

Not valid until
signed and sealed
by a Deputy Court
Clerk



27.  Summons  09-05

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 1/18/2021 10:10 AM

*Brian K. Hart* -Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

THOMAS HORNE,                              )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )   CIVIL ACTION NO.: STCV21- STCV21-00106
                                           )
WAL-MART STORES EAST, LP,                  )
                                           )   **DEMAND FOR JURY TRIAL**
        Defendant.                         )

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW, Plaintiff THOMAS HORNE, and states his Complaint for Damages against

Defendant WAL-MART STORES EAST, LP, as follows:

## PARTIES AND JURISDICTION

1.

Plaintiff THOMAS HORNE is a citizen and resident of the State of Georgia.

2.

The incident that is the subject of this cause of action occurred in front of Defendant's

retail Walmart store, located at 1955 East Montgomery Crossroads, Savannah, Georgia 31406

(hereinafter "the Premises").

3.

Defendant Wal-Mart Stores East, LP (hereinafter "Defendant") is a for profit foreign

limited partnership authorized to do business in the State of Georgia, with its principal office

located in Bentonville, Arkansas, and is subject to the jurisdiction of this Court. Defendant

maintains offices and transacts business in Chatham County, Georgia, the county in which this

cause of action originated. Venue as to this Defendant is proper in Chatham County, Georgia

pursuant to O.C.G.A. § 14-2-510 as the tortious conduct alleged herein occurred in Chatham

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 1/18/2021 10:10 AM

*Brian K. Hart* -Clerk of Court

County, Georgia. Defendant may be served by issuing Summons and a second original of this Complaint to its registered agent for service, The Corporation Company, 112 North Main Street, Cumming, Forsyth County, Georgia 30040.

4.

Venue in the present case is proper in Chatham County, Georgia.

**FACTUAL ALLEGATIONS**

5.

Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 4 above as if they were restated verbatim.

6.

At all times material hereto, Defendant owned and/or operated the Premises and as such possessed said property with the intent to occupy and control it and held it open to the public for business purposes.

7.

On September 6, 2020, Defendant was in legal possession of the Premises.

8.

On or about September 6, 2020, Defendant was operating a retail store at the aforementioned location.

9.

On or about September 6, 2020, Plaintiff entered the Premises for the purpose of shopping therein.

10.

On or about September 6, 2020, upon entering the Premises for the purpose of shopping

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 1/18/2021 10:10 AM

*Brian K. Hart* -Clerk of Court

therein, Plaintiff assumed the legal status of an invitee as the term is defined and codified under Georgia Law.

## COUNT I

### *Negligence of Defendant Wal-Mart Stores East, LP*

11.

Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 10 above as if they were restated verbatim.

12.

On or about September 6, 2020, Plaintiff was an invitee at the Premises.

13.

On that same date, as Plaintiff was shopping in the frozen foods aisle, he slipped and fell in a puddle of water.

14.

As a result of the aforementioned incident, Plaintiff fell to the ground and suffered serious injuries and damages.

15.

At all times relevant hereto, Defendant owned and/or operated the Premises and owed a legal duty of reasonable care to invitees to inspect and keep the premises in a safe condition and to warn Plaintiff of hidden dangers or defects that were not discoverable in the exercise of reasonable care.

16.

At all times relevant hereto, Defendant, by and through its employees and/or agents, had actual and/or constructive knowledge of the wet floor.

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 1/18/2021 10:10 AM

*Brian K. Hart* -Clerk of Court

17.

At all times relevant hereto, Plaintiff had no knowledge of the wet floor and it was not discoverable by Plaintiff in the exercise of reasonable and ordinary care.

18.

At all times relevant hereto, Plaintiff exercised reasonable care for his own safety.

19.

At all times relevant hereto, Defendant breached its duty of reasonable care in one or more of the following manners:

a)   Defendant failed to inspect the subject area for dangerous conditions;

b)   Defendant failed to warn patrons of a dangerous condition they knew or should have known existed in the subject area; and

c)   Defendant failed to rectify the dangerous condition in the subject area when they knew or should have known said conditions existed.

20.

As a result of the foregoing, Defendant breached its legal duty to Plaintiff, in violation of O.C.G.A § 51-3-1.

21.

As a direct and proximate result of the aforesaid breaches of duty and negligence by Defendant, Plaintiff fell to the floor and suffered personal injuries. Plaintiff has suffered past medical expenses, in addition to future medical expenses and past, present, and future physical pain and suffering.

22.

By reason of the foregoing, Plaintiff is entitled to recover compensatory damages from

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 1/18/2021 10:10 AM  -Clerk of Court

Defendant in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays and demands as follows:

1.      That Process and Summons issue, as provided by law, requiring Defendant
to appear and answer Plaintiff's Complaint;

2.      That service be had upon Defendant as provided by law;

3.      That the Court award and enter a judgment in favor of Plaintiff and against
Defendant for compensatory damages in an amount to be proven at trial;

4.      That Plaintiff have a trial by a jury as to all issues; and

5.      That Plaintiff have such other and further relief as the Court may deem
just and proper.

This 18th day of January, 2021.

/s/  William J. Degenhart
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:  (912) 443-1000
F:  (912) 443-1104
wdegenhart@forthepeople.com

RECEIVED FOR FILING 4/21/2021 12:00:00 AM CLERK OF STATE COURT CHATHAM CO. GA 4/29/2021 2:45 PM

*Brian K. Hart* - Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| THOMAS HORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. STSV21-00106 |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, and files this Answer and Defenses to Plaintiff's Complaint and shows the Court as follows:

### **First Defense**

Pending additional investigation and discovery, Plaintiff's Complaint may fail to state a claim upon which relief can be granted.

### **Second Defense**

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused or contributed to by Plaintiff's actions.

### **Third Defense**

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused or contributed to by an unknown party's (or parties') actions.

### **Fourth Defense**

Defendant breached no duty owed to Plaintiff.

### **Fifth Defense**

Plaintiff may not recover against Defendant because no act or omission of Defendant was the legal cause or the proximate precipitating cause of Plaintiff's alleged injuries and damages.

Copy from re:SearchGA

RECEIVED FOR FILING IN STATE COURT CLERK CHATHAM CO. GA 5/4/2021 2:45 PM
*Brian A. Hart* - Clerk of Court

### Sixth Defense

Pending further investigation and discovery, Defendant asserts the defenses of contributory and comparative negligence.

### Seventh Defense

Defendant denies that Defendant or Defendant's agents or employees were negligent in any way in connection with the incident which is the subject of this litigation.

### Eighth Defense

Defendant asserts that Plaintiff had equal or superior knowledge of the alleged hazard.

### Ninth Defense

Defendant denies any and all allegations regarding negligent inspection and failure to warn.

### Tenth Defense

Plaintiff is not entitled to any special damages to the extent that Plaintiff has failed to specifically plead them in accordance with O.C.G.A. §9-11-9(g).

### Eleventh Defense

Plaintiff is not entitled to attorney's fees, expenses, post-judgment interest or pre-judgment interest under the facts of this case.

### Twelfth Defense

Pending further investigation and discovery, Defendant reserves the right to assert all affirmative defenses available under the Georgia Civil Practice Act.

### Thirteenth Defense

In answer to the specific allegations of Plaintiff's Complaint, Defendant shows the Court as follows:

Copy from re:SearchGA

RECEIVED FOR FILING IN O.C.G.A. CLERK SUPERIOR COURT CHATHAM CO.  04/05/2021 2:45 PM

Brian M. Hart - Clerk of Court

1.

At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint.  As such, those allegations stand automatically denied.

2.

Pending further investigation, at this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant admits that it is a foreign limited partnership, that it does business in Chatham County, Georgia, that it is subject to the jurisdiction and venue of this Court, and that the information with regard to its registered agent is correct.  Defendant denies the remainder of the allegations in Paragraph 3, as pled.  Defendant denies any allegation or implication of negligence or liability.

4.

Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

## FACTUAL ALLEGATIONS

5.

Defendant realleges and incorporates is responses to Paragraphs 1 – 4 of Plaintiff's Complaint as if fully rewritten herein.

6.

Defendant admits that it operated the Walmart store described in this Paragraph and that the store was open to the public for business purposes.  The remainder of the allegations in this Paragraph are denied as pled.

-3-

Copy from re:SearchGA

7.

The allegations contained in Paragraph 7 of Plaintiff's Complaint call for Defendant to reach a conclusion of law in forming a response.  As such, no response is required.  However, Defendant admits that it operated the Walmart store on the day in question.

8.

The allegations contained in Paragraph 8 are admitted, generally.

9.

Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 9 of Plaintiff's Complaint.  As such, those allegations stand automatically denied.

10.

The allegations contained in Paragraph 10 of Plaintiff's Complaint call for Defendant to reach a conclusion of law in forming a response and, as such, no response is required.  In addition, at this time, Defendant is without information sufficient to admit or deny the factual allegations contained in Paragraph 10 of Plaintiff's Complaint.  Any allegation or implication of negligence or liability is denied.

## COUNT I

### *Negligence of Defendant Wal-Mart Stores East, LP*

11.

Defendant realleges and incorporates is responses to paragraphs 1 – 10 of Plaintiff's Complaint as if fully rewritten herein.

12.

The allegations contained in Paragraph 12 of Plaintiff's Complaint call for Defendant to reach a conclusion of law in forming a response and, as such, no response is required.  In

Copy from re:SearchGA

RECEIVED FOR FILING IN CLERK'S OFFICE CHATHAM CO. GA 5/10/2021 2:48 PM
Brian N. Hart - Clerk of Court

addition, at this time, Defendant is without information sufficient to admit or deny the factual allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.

At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 13 of Plaintiff's Complaint.  Any allegation or implication of negligence or liability is denied.

14.

At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 14 of Plaintiff's Complaint.  Any allegation or implication of negligence or liability is denied.

15.

Defendant states that any such duties are established as a matter of Georgia law. Defendant denies the existence of any "hidden dangers or defects."  Any allegation or implication of negligent or liability is denied.

16.

Denied.

17.

Denied.

18.

At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 18 of Plaintiff's Complaint.  As such, those allegations stand automatically denied.

Copy from re:SearchGA

RECEIVED FOR FILING STATE COURT CLERK CHATHAM CO. 2/9/2021 2:48 PM

Brian A. Hart - Clerk of Court

19.

Denied.

20.

Denied.

21.

Denied.

22.

Denied.

23.

Defendant denies that Plaintiff is entitled to the relief requested in Plaintiff's "prayer for relief", which appears immediately after the 22nd Paragraph of Plaintiff's Complaint.

24.

Any remaining allegations which have not been admitted, denied, or otherwise responded to are hereby denied.

**DEFENDANT HEREBY DEMANDS TRIAL BY JURY OF TWELVE REGARDING ANY ISSUES NOT SUBJECT TO SUMMARY ADJUDICATION.**

Having fully answered, Defendant prays that it be discharged with all costs cast against Plaintiff.

-6-

Copy from re:SearchGA

Respectfully submitted, this 1st day of March, 2021.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
*Attorneys for Defendants*

303 Peachtree Street, N.E.
Suite 3500
Atlanta, GA  30308
(404) 885-1400
(404) 876-0992 [fax]
mmiller@deflaw.com

*/s/ Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
*Attorneys for Defendant Walmart*

777 Gloucester Street
Suite 305
Brunswick, Georgia  31520
(912) 280-9662
MeaderG@deflaw.com

11375662/1
05695-194304

-7-

Copy from re:SearchGA

*Brian K. Hart* - Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

THOMAS HORNE, )
)
    Plaintiff, )
)
v. )   CIVIL ACTION
)   FILE NO. STSV21-00106
WAL-MART STORES EAST, LP, )
)
    Defendant. )
_____)

## CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via statutory electronic service by filing in PeachCourt, a true and correct copy of the foregoing *Answer and Defenses to Plaintiff's Complaint* to the following counsel of record, addressed as follows:

wdegenhart@forthepeople.com
William J. Degenhart
Morgan & Morgan PA
25 Bull Street, Suite 400
Savannah GA 31401

This 1st day of March, 2021.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
*Attorneys for Defendant*

777 Gloucester Street, Suite 305
Brunswick, Georgia 31520
(912) 280-9662
MeaderG@deflaw.com

-8-

Copy from re:SearchGA

# EXHIBIT "B"

Control Number : J151025

# STATE OF GEORGIA

## Secretary of State

### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## AMENDED CERTIFICATE OF AUTHORITY
### NAME CHANGE

I, **Brian P. Kemp**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

### WAL-MART STORES, INC.
#### a Foreign Profit Corporation

formed under the laws of the State of **Delaware** and authorized to transact business in Georgia on **07/20/1981**, has amended its application to transact business in this state by the filing of an amendment changing its name to

### Walmart INC.
#### a Foreign Profit Corporation

and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **03/01/2018**.



Brian P. Kemp
Secretary of State

**APPLICATION FOR AMENDED CERTIFICATE OF AUTHORITY**

*Electronically Filed*
Secretary of State
Filing Date: 2/1/2018 12:47:08 PM

## Business Information

| | |
|---|---|
| Business Name | : WAL-MART STORES, INC. |
| Control Number | : J151025 |
| Business Type | : Foreign Profit Corporation |
| Home Jurisdiction | : Delaware |
| Name in Home Jurisdiction | : Walmart, Inc. |
| Date of Authorization in Georgia | : 07/20/1981 |

## Amended Business Information

| | |
|---|---|
| New Business Name | : Walmart INC. |
| Effective Date | : 02/01/2018 |

## Authorizer Information

**Authorizer Signature :**  Gordon Y. Allison          **Authorizer Title :**  Officer



# Delaware

### The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "WALMART INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIRST DAY OF FEBRUARY, A.D. 2018.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

732109  8300

SR# 20180644624

Authentication: 202073056

Date: 02-01-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

# EXHIBIT "C"

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

THOMAS HORNE,         )
         )
    Plaintiff,         )
         )
v.         )    CIVIL ACTION NO. STCV21-00106
         )
WAL-MART STORES EAST, LP,         )
         )
    Defendant.         )

**OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68**

Plaintiff Thomas Horne makes the following Offer of Settlement to Wal-Mart Stores East, LP, pursuant to O.C.G.A. § 9-11-68:

1. Thomas Horne will accept the amount of $2,000,000.00 to settle the above-captioned lawsuit;

2. In exchange for this settlement payment, Thomas Horne will dismiss the above-captioned lawsuit, with prejudice, and will execute a full and final release in favor of Defendant;

3. No portion ($0.00) of the above-referenced settlement will be paid for punitive damages; and

4. Each party will be responsible for their own attorneys' fees and litigation expenses.

The offer shall remain open for 30 days, pursuant to O.C.G.A. § 9-11-68(c).

This 12th day of April, 2021.

         */s/ William J. Degenhart*
         William J. Degenhart
         Georgia Bar No. 384018
**MORGAN & MORGAN**         *Attorney for Plaintiff*
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:  (912) 443-1000
wdegenhart@forthepeople.com

## CERTIFICATE OF SERVICE

This is to certify that on this date I have served a true and correct copy of the foregoing

***Plaintiff's Offer of Settlement Pursuant to O.C.G.A. § 9-11-68*** on Defendant through their

counsel of record via statutory electronic service and Certified Mail, Return Receipt Requested,

and addressed to:

| | |
|---|---|
| Michael L. Miller | Garret W. Meader |
| Drew, Eckl & Farnham, LLP | Drew, Eckl & Farnham |
| 303 Peachtree Street, NE, Ste. 3500 | 777 Gloucester Street, Suite 305 |
| Atlanta, GA 30308 | Brunswick, GA 31520 |
| mmiller@deflaw.com | meaderg@deflaw.com |

*Attorneys for Defendant*

This 12th day of April, 2021.

 */s/ William J. Degenhart*
William J. Degenhart
Georgia Bar No. 384018
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:  (912) 443-1000
wdegenhart@forthepeople.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THOMAS HORNE,                          }
                                       }
          Plaintiff,                   }
                                       }
v.                                     }          Civil Action No.
                                       }
                                       }
WAL-MART STORES EAST, LP,              }
                                       }
          Defendant.                   }

## STATEMENT ENUMERATING ALL MOTIONS PENDING

COMES NOW, Defendant Wal-Mart Stores East, LP, the removing party, and shows the

Court that there are no Motions pending in the State Court of Chatham County.

This 12th day of May, 2021.

                                    **DREW ECKL & FARNHAM, LLP**

                                    */s/ Garret W. Meader*
                                    Garret W. Meader
                                    Georgia Bar No. 142402
                                    Samantha A. DiPolito
                                    Georgia Bar No. 203011
                                    *Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520
(912) 280-9662
(404) 876-0992 (fax)
DiPolitoS@deflaw.com
MeaderG@deflaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THOMAS HORNE,                          }
                                       }
         Plaintiff,                    }
                                       }
v.                                     }          Civil Action No.
                                       }
                                       }
WAL-MART STORES EAST, LP,              }
                                       }
         Defendant.                    }

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I have this day served the foregoing *Notice of Removal* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to all counsel of record.

This 12th day of May, 2021.

                                      **DREW ECKL & FARNHAM, LLP**

                                      */s/ Garret W. Meader*
                                      Garret W. Meader
                                      Georgia Bar No. 142402
                                      Samantha A. DiPolito
                                      Georgia Bar No. 203011
                                      *Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520
(912) 280-9662
(404) 876-0992 (fax)
DiPolitoS@deflaw.com
MeaderG@deflaw.com