UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THOMAS HORNE,

                Plaintiff,

v.                                      Civil Action No.: 4:21-cv-149

WAL-MART STORES EAST, LP,

                Defendant.

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Extend Remaining Deadlines. Doc. 20. Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the joint motion is **GRANTED**, doc. 20, and the Court issues the following amended scheduling order in this matter. These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other

parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| CLOSE OF DISCOVERY | August 8, 2022 |
| JOINT STATUS REPORT DUE[1] | August 22, 2022 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | September 5, 2022 |

**SO ORDERED**, this 17th day of May, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] This case has been reassigned to Judge Baker. Doc. 19. The parties are therefore **DIRECTED** to use the content and format contained in his Post-Discovery Status Report Form, available on the Court's website under "forms."