IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS HORNE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-149 |
| v. | |
| WALMART STORES EAST, LP, | |
| Defendant. | |

**O R D E R**

During a settlement conference with Magistrate Judge Christopher L. Ray on April 11 – 12, 2023, the parties were able to reach a resolution of all claims in the present case. Therefore, the Court hereby CONTINUES the June 29, 2023 Pretrial Conference and July 10, 2023 Jury Trial of this case until further notice. Additionally, all other deadlines and hearings set forth in the Court's Trial Preparation Scheduling Order, (doc. 38), are continued until further Order of the Court.

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to ADMINISTRATIVELY CLOSE this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008). By no later than June 12, 2023, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.[1] In the

---

[1] As noted in the minute entry for the Settlement Conference, plaintiff is to file a stipulation of dismissal with prejudice no later than June 12, 2023. In the event plaintiff is unable to comply with that deadline, the parties shall file a joint status report by that date informing the Court as to the reason for the delay and the anticipated timeline for dismissal. (Doc. 42.)

alternative, the parties may simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within sixty (60) days, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 18th day of April, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA